# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVONTE HARTSFIELD | Case No. |
| | 2:26-cv-03347-PA-ACCV |
| Plaintiff(s)/Petitioner(s) | **ORDER RE: REPORT AND RECOMMENDATION** |
| v. | **ON REQUEST TO PROCEED** |
| CDCR | ***IN FORMA PAUPERIS*** |
| Defendant(s)/Respondent(s) | CIVIL RIGHTS, HABEAS, AND SOCIAL SECURITY |

The Court has reviewed the Report and Recommendation prepared by the United States Magistrate Judge on Plaintiff(s)'/Petitioner(s)' Request to Proceed *In Forma Pauperis* and the documents submitted with the IFP Request. The Court:

☑ accepts the findings, conclusions and recommendations of the Magistrate Judge.

☐ rejects the findings, conclusions and recommendations of the Magistrate Judge.

☐ _____ , the findings, conclusions and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Request to Proceed *In Forma Pauperis* is:

☐ **DENIED**. Plaintiff/Petitioner must pay the filing fees in full within 30 days of this order.

☑ **DENIED**. This case is DISMISSED ☐ with prejudice. ☑ without prejudice. **(JS-6.)**

☐ **DENIED**, with leave to amend ☐ the IFP application ☐ the complaint/petition within 30 days.
   If Plaintiff/Petitioner fails to submit the required documents within 30 days, this case will be dismissed.

☐ **GRANTED**.

☐ **GRANTED**. **IT IS FURTHER ORDERED that:**

    In accordance with 28 U.S.C. § 1915, the prisoner-Plaintiff owes the Court the total filing fee of $350.00. An initial partial filing fee of $_____ must be paid within 30 days of this Order. Thereafter, monthly payments must be forwarded to the Court in accordance with 28 U.S.C. § 1915(b)(2). Failure to pay the filing fee, as ordered, may result in dismissal of the case.

☐ **GRANTED;**

    ☐ the Court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B) and, if applicable, § 1915A.

    ☐ the Court will screen the petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

☐ Other:

Dated: _____June 18, 2026_____

By: _____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

CV-73OR 9/25    Order Re: Report and Recommendation on Request to Proceed *In Forma Pauperis*
(Civil Rights, Habeas, and Social Security)